MICHAEL DALY, Appellant, v. JOSEPH HAIGHT, Individually and as Supervisor of the Town of Rye, et al., Respondents.

*Daly* v. *Haight*, 170 App. Div. 469, affirmed.

(Argued November 15, 1918; decided December 3, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 24, 1915, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and granting a new trial in a taxpayer's action brought pursuant to section 51 of the General Municipal Law, to recover money paid by Haight, as supervisor of the town of Rye, to one Spencer. In 1902

the town board of Rye passed a resolution that Spencer be appointed an assistant in the town rooms to attend to the public in general and to give the supervisor, receiver of taxes and town clerk such assistance as they may need, the appointment to be at the pleasure of the town board and the expense to become a town charge. The Special Term held that the resolution of employment was illegal, without authority and void and that the said payments were illegally made and directed judgment in favor of plaintiff. The Appellate Division reversed on the ground that a taxpayer's action would not lie in the absence of allegations of collusion, fraud or bad faith.

*W. C. Prime* for appellant.

*Henry C. Henderson* and *Walter A. Ferris* for Joseph Haight, respondent.

*Arthur I. Strang* for Arthur R. Spencer, respondent.

Order affirmed and judgment absolute·ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN and CRANE, JJ.